JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO NAVARRO JR.., an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1 -10, inclusive,<br><br>　　　　Defendants. | Case No.  2:25-cv-08721-JFW-AGRx<br><br>Judge: Hon. Judge John F. Walter<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

## ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: October 15, 2025   _____
Hon. Judge John F. Walter
United States District Court Judge